O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MENNA, | ) NO. CV 13-501-R (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MATTHEW RADMANESH, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   June 18, 2013  .

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE